**Paul ABMA (Deceased), Through Laverne ABMA, Respondent,**

v.

**ALLIED SIGNAL, Appellant.**

**No. WD 62127.**

Missouri Court of Appeals, Western District.

April 20, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 2004.

Application for Transfer Denied Aug. 24, 2004.

Thomas D. Billam, Kansas City, MO, for Appellant.

Thomas E. Thompson, Kansas City, MO, for Respondent.

Before: SMART, P.J., ULRICH and HARDWICK, JJ.

ORDER

PER CURIAM.

Allied Signal appeals the Labor and Industrial Relations Commission's award of workers' compensation benefits to the widow of Paul Abma. Upon review of the record, we find no error and affirm the Commission's judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).